IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHMOND REMOND, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | |
|     PLAINTIFF, | § | |
| | § | CIVIL ACTION NO. 4:18-CV-460 |
| V. | § | |
| | § | COLLECTIVE ACTION |
| APPLIED MACHINERY CORPORATION; | § | |
| NABORS CORPORATE SERVICES, INC., | § | (JURY TRIAL) |
| AND NABORS INDUSTRIES, INC. | § | |
|     DEFENDANTS | § | |

## APPLIED MACHINERY CORPORATION'S
## NOTICE OF WAIVER OF RIGHT TO ARBITRATE

COMES NOW, Applied Machinery Corporation, one of the Defendants in the above-numbered and entitled cause of action, and files this Notice of Waiver of Right to Arbitrate advising this Court and all parties that it will not move to compel any of the plaintiffs to arbitrate their claims in this matter.

Respectfully submitted,

**WOJCIECHOWSKI & ASSOCIATES, P.C.**

 */s/ Marc J. Wojciechowski*
Marc J. Wojciechowski
Federal Bar No. 13849/State Bar No. 21844600
17447 Kuykendahl Road, Suite 200
Spring, Texas  77379
Telephone:  281-999-7774
Facsimile:  281-999-1955
Email:  marc@wojolaw.com/e-fileonly@wojolaw.com
ATTORNEYS FOR DEFENDANT,
APPLIED MACHINERY CORPORATION

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel and/or parties of record, pursuant to the Federal Rules of Civil Procedure, on this, the 4th day of June, 2018.

*Via Email: angel@brownreveleslawgroup.com*
Angel S. Brown Reveles
Brown Reveles Law Group

*Via Email: cleary@mdjwlaw.com*
James M. Cleary, Jr.
Martin, Disiere, Jefferson &Wisdom, L.L.P.

           */s/ Marc J. Wojciechowski*
           Marc J. Wojciechowski