IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHMOND REMOND<br>on behalf of himself individually,<br>and ALL OTHERES SIMILARLY<br>SITUATED<br><br>Plaintiffs<br><br>v.<br><br>APPLIED MACHINERY<br>CORPORATION, NABORS<br>CORPORATE SERVICES, INC., and<br>NABORS INDUSTRIES, INC.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:18-cv-460<br><br><br><br><br>COLLECTIVE ACTION<br>(JURY TRIAL) |

**DEFENDANTS NABORS CORPORATE SERVICES, INC.
AND NABORS INDUSTRIES, INC.'S
STATEMENT REGARDING ARBITRATION**

    Pursuant to the Scheduling and Docket Control Order [Doc. 39], Defendants Nabors Corporate Services, Inc. and Nabors Industries, Inc. (collectively, "Nabors"), files this statement that Nabors is not seeking arbitration.

    Respectfully submitted,

    MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

    */s/ James M. Cleary, Jr.*
    James M. Cleary, Jr.
    State Bar No. 00783838
    *cleary@mdjwlaw.com*
    808 Travis, 20th Floor
    Houston, Texas 77002
    Telephone: (713) 632-1700
    Facsimile: (713) 222-0101
    **ATTORNEY IN CHARGE FOR NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC.**

-2-

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded via e-mail, on June 8, 2018 to:

Angel S. Brown Reveles*Email: angel@brownreveleslawgroup.com*
BROWN REVELES LAW GROUP
3102 Maple Ave., Suite 400
Dallas, Texas  75201

Marc J. Wojciechowski*Email:  marc@wojolaw.com*
WOJCIECHOWSKI & ASSOCIATES, P.C.
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379

*/s/ James M. Cleary, Jr.*
James M. Cleary, Jr.