IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHMOND REMOND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-460 |
| | § | |
| NABORS CORPORATE SERVICES INC., | § | |
| NABORS INDUSTRIES INC., and | § | |
| APPLIED MACHINERY CORPORATION, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of this date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on October 26, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1